# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| In re:<br><br>Brian Lee Hanson and<br>Joan Marie Hanson,<br><br>Debtors. | BKY 12-40968<br><br>Chapter 13 |
|---|---|

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1.  The motion for relief from stay is granted as follows.

2.  The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

> Lot 3, Block 4, The Highlands, Stearns County, Minnesota.
> Subject to that certain mortgage dated February 27, 2004, and recorded in the Office of the Stearns County Recorder on March 10, 2004, as Document Number 1103325.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/08/2015*
Lori Vosejpka, Clerk, by LH

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: October 8, 2015

/e/ Robert J. Kressel

Robert J. Kressel
United States Bankruptcy Judge