# KYLE L. CARLSON, TRUSTEE

Office of Chapter 12 & 13 Bankruptcy Trustee

Phone: 218-354-7356
Fax: 218-354-2235
E-mail: info@carlsonch13mn.com
www.carlsonch13mn.com

Correspondence:
55 2nd Avenue SW
P.O. Box 519
Barnesville, MN 56514

Payments:
2900 Momentum Place
Chicago, IL 60689-5329

February 4, 2016

Clerk of Bankruptcy Court
US Courthouse Rm. 301
300 S. 4th St.
Minneapolis, MN 55415

RE:   Brian & Joan Hanson
      Bankruptcy No. 12-40968

Dear Clerk,

Please be advised that we have been notified of a change of address for the above-mentioned Chapter 13 debtor(s).  Please update your records with the following mailing address:

> 20685 195th Ave
> Verndale, MN 56481

/s/ Kyle L. Carlson

Kyle L. Carlson
Trustee

KLC:csa